**GREEN SAVITS, LLC**
Laura M. LoGiudice, Esq.  (BAR ID #022721999)
25B Vreeland Road, Suite 207
Florham Park, New Jersey 07932
Telephone:  (973) 695-7777
Facsimile:   (973) 695-7788
Email:  LLogiudice@greensavits.com
*Attorneys for Plaintiff, James J. Mirena*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAMES J. MIRENA<br><br>*Plaintiff*,<br><br>v.<br><br>EXECUTIVE JET MANAGEMENT, INC.; NETJETS, INC.; ABC CORPORATIONS 1-10; AND JANE DOES 1-10 AND JOHN DOES 1-10,<br><br>*Defendants.* | : : : : : : : : : : : : : : : | Case No. 2:21-cv-11493-KM-MAH<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NETJETS, INC.** |

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff James J. Mirena hereby voluntarily dismisses defendant NetJets, Inc. without prejudice with regard to the above-captioned matter.

                                              **GREEN SAVITS, LLC**
                                              *Attorneys for Plaintiff, James J. Mirena*


                                              By: */s/ Laura M. LoGiudice*
                                                       Laura M. LoGiudice


Dated:  July 22, 2021